BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANET SANFORD** ) <br> ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> _____ ) | Case No. 10-cv-04286-LHK <br><br> **[PROPOSED]** <br> **STIPULATION AND ORDER** <br> **EXTENDING PLAINTIFF'S TIME TO** <br> **FILE MEMORANDUM IN SUPPORT** <br> **OF SUMMARY JUDGMENT AND** <br> **DECLARATION** |

     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of March 4, 2011, to April 4, 2011. This is plaintiff's first request for an extension of time and is required due to plaintiff's counsel's impacted briefing schedule.  *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

Dated: March 4, 2011         *s/Bess M. Brewer*
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff

Dated: March 7, 2011         Benjamin B. Wagner
                             United States Attorney
                             */s/ Armand Roth for Geralyn Gulseth*
                             GERALYN GULSETH

                             Special Assistant U.S. Attorney
                             Attorney for Defendant

## DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Due to my extremely busy briefing schedule and need to give older cases briefing priority, I will require additional time to complete Ms. Sanford's Motion for Summary Judgment and Memorandum.

3. This is my first request for an extension of time to file Ms. Sanford's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on March 4, 2011, in Sacramento, California.                /s/ Bess M. Brewer
                             BESS M. BREWER

2

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 8, 2011

_Lucy H. Koh_
HONORABLE LUCY H. KOH