BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

*E-FILED 04-06-2011*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SANFORD ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> Commissioner of Social Security ) <br> of the United States of America, ) <br> ) <br> Defendant. ) <br> ) | Case No. 10-cv-04286-HRL <br><br> [PROPOSED] <br> STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION <br><br> [Re:  Docket No. 18] |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of April 4, 2011, to April 6, 2011. This short extension of time is required due to plaintiff's counsel's inability to retrieve the summary of medical evidence from the flash drive. *See* Declaration of Bess M. Brewer set forth below.

/ / /

/ / /

/ / /

1

Dated: April 4, 2011              */s/Bess M. Brewer*
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff

Dated: April 5, 2011              Benjamin B. Wagner
                                  United States Attorney
                                  */s/ Deborah Satchel for Geralyn Gulseth*
                                  GERALYN GULSETH

                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

**DECLARATION OF BESS M. BREWER**

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1.    I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2.    I have tried to download the draft of the summary of Ms. Sanford's medical evidence from a flash drive with no success. Therefore I will have to recreate the document and will require a short additional extension of time within which to do so.

3.    This two day extension of time to file Ms. Sanford's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on April 4, 2011, in Sacramento, California.
                                   /s/ Bess M. Brewer
                                  BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 6, 2011

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE