MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney

   333 Market St, Ste 1500
   San Francisco, CA 94105
   Telephone: (415) 977-8923
   Fax: (415) 744-0134
   E-mail: Geralyn.Gulseth@ssa.gov

*E-FILED 05-10-2011*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET SANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 10-4286-HRL<br>**ORDER APPROVING**<br>STIPULATION FOR A STAY<br>OF BRIEFING IN LIGHT OF<br>PLAINTIFF'S DEATH<br><br>**[Re:  Docket No. 21]** |

    The parties request a stay of briefing in the above captioned case.

    Plaintiff's counsel noted in her motion for summary judgment that Plaintiff is now deceased.

    Accordingly, the parties request a stay of briefing to serve a statement noting the death of the Plaintiff pursuant to Federal Rule of Civil Procedure 25(a), and to provide decedent's successor or representative an opportunity to file a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a).

Stipulation for a Stay of Briefing
C 10-4286-HRL

Dated: May 5, 2011         By:        /s/ *Bess M. Brewer*
                                      BESS M. BREWER
                                      [as authorized by email]
                                      Law Office of Bess M. Brewer
                                      Attorney for Plaintiff


Dated: May 5, 2011                    MELINDA L. HAAG
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                           By:        /s/*Geralyn Gulseth*
                                      GERALYN GULSETH
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 10, 2011                  _____
                                      HOWARD R. LLOYD
                                      UNITED STATES MAGISTRATE JUDGE

Stipulation for a Stay of Briefing
C 10-4286-HRL                                    2