MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX,
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
    333 Market St, Ste 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8936
    Fax: (415) 744-0134
    E-mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET SANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 5:10-cv-04286-HRL<br><br>STIPULATION AND<br>~~PROPOSED~~ ORDER FOR DISMISSAL<br><br>**[Re:   Docket No. 24]** |

IT IS HEREBY STIPULATED, by and between the parties, though their respective counsel of record, that this matter be dismissed, each party to bear its own fees, costs, and expenses.

Dated: October 14, 2011      By:        /s/*Bess M. Brewer*
                                        BESS M. BREWER
                                        [as authorized by email]
                                        Law Office of Bess M. Brewer
                                        Attorney for Plaintiff

Stipulation and Proposed Order of Dismissal
C 10-4286-HRL

1
2  Dated: October 14, 2011                 MELINDA L. HAAG
                                           United States Attorney
3                                          DONNA L. CALVERT
                                           Acting Regional Chief Counsel, Region IX
4                                          Social Security Administration
5
                          By:              /s/*David Lerch*
6                                          David Lerch
                                           Special Assistant U.S. Attorney
7
                                           Attorneys for Defendant
8
9
                                           ORDER
10
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
    DATED:  October 18, 2011                _____
12                                          HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28