1   MELINDA L. HAAG, CSBN 132612
    United States Attorney
2   DONNA L. CALVERT, SBN IL 6191786
    Acting Regional Chief Counsel, Region IX,
3   Social Security Administration
    DAVID LERCH, CSBN 229411
4   Special Assistant United States Attorney
            333 Market St, Ste 1500
5           San Francisco, CA 94105
            Telephone: (415) 977-8936
6           Fax: (415) 744-0134
            E-mail: David.Lerch@ssa.gov
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
    JANET SANFORD,                    )
12                                    )
                    Plaintiff,        )   CIVIL NO. 5:10-cv-04286-HRL
13                                    )
            v.                        )   STIPULATION AND
14                                    )   ~~PROPOSED~~ ORDER FOR DISMISSAL
    MICHAEL J. ASTRUE,                )
15  Commissioner of                  )
    Social Security,                  )   **[Re:  Docket No. 24]**
16                                    )
                    Defendant.        )
17  _____)

18

19

20

21          IT IS HEREBY STIPULATED, by and between the parties, though their respective

22  counsel of record, that this matter be dismissed, each party to bear its own fees, costs, and

23  expenses.

24

25  Dated: October 14, 2011      By:      /s/*Bess M. Brewer*
                                          BESS M. BREWER
26                                        [as authorized by email]
                                          Law Office of Bess M. Brewer
27                                        Attorney for Plaintiff

28

    Stipulation and Proposed Order of Dismissal
    C 10-4286-HRL

1

2   Dated: October 14, 2011                MELINDA L. HAAG
                                           United States Attorney

3                                         DONNA L. CALVERT
                                         Acting Regional Chief Counsel, Region IX

4                                         Social Security Administration

5

6                    By:            /s/*David Lerch*
                                         David Lerch

7                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

8

9

10                               <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12   DATED:  <u>October 18, 2011</u>
                                     HOWARD R. LLOYD

13                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28